# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

In re :

**James Michael Partain** and
**Carol Minshall Partain**,

                      Debtors.
_____/

Case Number **6:21-bk-00644-KSJ**
Chapter 7

## TRUSTEE'S RESPONSE TO U.S. BANK NATIONAL ASSOCIATION'S AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Emerson C. Noble, the duly appointed Trustee in this Chapter 7 case, by and through his undersigned counsel, and responds to U.S. Bank National Association's Amended Motion for Relief from Automatic Stay, dated March 29, 2021, (docket no. 19) in regard to the residential real estate located in Osceola County, Florida, ("Property), more particularly described below, and states as follows :

> **Lot 75, PARKSIDE ESTATES AT STONEFIELD PHASE 2, according to the plat thereof as recorded in Plat Book 12, Pages 12 and 13, of the Public Records of Osceola County, Florida.**
>
> **Parcel ID No. R052529-191200010750**
> **a/k/a 3163 Hanging Moss Cir., Kissimmee, FL 34741**

1. Trustee will be seeking Court approval to employ Patrick Butler of BK Global Real Estate Services and Kavita Uttamchandani of Century 21 Carioti to market and conduct a short sale of the real property described above.

2. Trustee hereby requests 180 days to sell the Property for the benefit of creditors and U.S. Bank National Association.

WHEREFORE, Trustee prays that she be granted 180 days to sell the Property for the benefit of creditors of this case and for all other relief as is just and proper.

Respectfully submitted this 31st day of March, 2021.

                                /s/ Kristen L. Henkel
                                Kristen L. Henkel, Esq.
                                Florida Bar No. 81858
                                M. E. Henkel, P.A.
                                3560 South Magnolia Avenue
                                Orlando, Florida 32806
                                Telephone : (407) 438-6738
                                Facsimile : (407) 858-9466
                                khenkel@mehenkel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was provided by United States Mail, postage prepaid, or by electronic delivery to : United States Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801; James Michael Partain and Carol Minshall Partain, 3163 Hanging Moss Circle, Kissimmee, FL 34741, *Debtors*; Maureen A. Arago, Esq., Arago Law Firm, PLLC, 230 East Monument Avenue, Suite A, Kissimmee, FL 34741, *Debtors' Attorney*, Gary Gassel, Esq., Law Office of Gary Bassel, P.A., 2191 Ringling Blvd., Sarasota, FL 34237, *Attorney for U.S. Bank National Association*; on March 31, 2021.

                                /s/ Kristen L. Henkel
                                Kristen L. Henkel, Esq.