ORDERED.

Dated: April 15, 2021

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
**ORLANDO DIVISION**

In Re:

JAMES MICHAEL PARTAIN            Case No. <u>2021-bk-00644-KSJ</u>
CAROL MINSHALL PARTAIN
   Debtors.                              Chapter 7
_____/

**AGREED ORDER GRANTING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY FOR CREDITOR'S U.S. BANK NATIONAL ASSOCIATION**

      This case came on for consideration on the Amended Motion for Relief From Automatic Stay filed by for **U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust**, document <u>number 19</u> (the "Motion"). "and Chapter 7 Trustee's Response at Docket <u>number 21</u> and by the submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

.   **ORDERED:**

    1. The Motion (doc. No 19) is granted, but the effective relief is delayed for ninety (90) days from the date of the entry of this order so as to permit the Chapter 7 Trustee time to attempt to sell the parcel.

    2. The automatic stay arising by reason of 11 U.S.C. 362 of the Bankruptcy Code is

terminated on the ninety-first day (91) following the entry of this order as to the Movant's interest in the following property:

> **Lot 75 Parkside States at Stone filed Phase 2, according to the map or plat thereof as recorded in Plat Book 12 Page 12-13 of the Public Records of Osecola County, Florida.**
>
> Property Address: 3163 Hanging Moss Circle, Kissimmee, Florida 34741

3. The Automatic Stay is modified on the ninety-first day (91) following the entry of this order for the sole purpose of allowing the movant to complete in rem relief to take any and steps necessary to exercise any and all rights it may have in the collateral to gain possession of said collateral to have such other and further in rem relief as is just but the movant shall not obtain in personam relief against the Debtor.

4. Movant may seek its attorneys fees and cost for the prosecution of this motion in state court.

5. The Hearing scheduled for May 12, 2021 @ 11:30 A.M., is canceled as being moot.

### #

Copies Furnished To:
This order is submitted by Gary Gassel, Esquire 2191 Ringling Blvd, Sarasota, Florida email Gary@Gassellaw.com
Gary Gassel, Esquire is directed to serve a copy of this order on interested parties and file proof of service within 3 days of entry of the order.

James Michasel Partain
Carol Minsahll Partain
3163 Hanging Moss Circle
Kissimmee, Florida 34743
Maureen A. Arago, Esquire

Maureen A. Arago, Esquire
230 East Monument Avenue
Suite A
Kissimmee, Florida 34741
maureenarago@aragolaw.com

US Trustee
United States Trustee ORL7/13. 7
George C. Young Federal Building
400 West Washington Street
Suite 100
Orlando, Florida 32801

Emerson C. Nobles
Chapter 7 Trustee
P.O. Box 622798
Oviedo, Florida 32762

Kristen L. Henkel, Esq.
M. E. Henkel, P.A.
Attorney for Chapter 7 Trustee
3560 S. Magnolia Avenue
Orlando, FL 32806
khenkel@mehenkel.com