ORDERED.

Dated: June 11, 2021

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                )
    JAMES MICHAEL PARTAIN        )    Case No. 6:21-bk-00644-KSJ
    CAROL MINSHALL PARTAIN       )    Chapter 7
                                      )
              Debtors            )

## ORDER ON TRUSTEE'S AMENDED OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

THIS CASE came on for consideration of the Trustee's Amended Objection To Debtor(s) Claim(s) of Exemptions. (Document Number 16). The court considered the record and finds:

1. On March 25, 2021, the trustee filed the Trustee's Amended Objection To Debtor(s) Claim(s) of Exemptions. ["Objection"] (Document Number 16).

2. A Notice of Opportunity to Object and For Hearing was included in the Objection.

3. A certificate of service was incorporated in the Objection, which indicated that the Objection was served on the debtor by United States Mail, postage prepaid, on March 25, 2021.

4. The thirty (30) day response period plus three (3) days for mailing as stated in the Objection has passed and the debtor has not filed a response to the Objection.

Based on the foregoing, it is:

ORDERED as follows:

1. The Objection is hereby SUSTAINED.

2. The debtor's claim of exemption for personal property described as "2019 Tax Refund" in the petition is limited to $505.00 pursuant to Florida Statutes 222.25(3).

3. The Property beyond the allowable exemption is property of the bankruptcy estate pursuant to 11 U.S.C. §541 and is subject to administration by the trustee.

Trustee Emerson C. Noble is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.